```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 29078
   ELISSA MARIE PEDRAZA
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1037

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 10/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.50% from remaining funds.

     The case was paid in full 03/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED           9700.00         795.52      9700.00
FORD MOTOR CREDIT          UNSECURED         9110.69            .00      1958.53
WELLS FARGO BANK NA        CURRENT MORTG    46035.21            .00     46035.21
WELLS FARGO BANK NA        MORTGAGE ARRE     9138.80            .00      9138.80
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00          .00
RESURGENT ACQUISITION LL   UNSECURED         5264.25            .00      1131.66
NICOR GAS                  UNSECURED OTH      681.39            .00       146.52
RETAILERS NATIONAL BANK    UNSECURED        NOT FILED           .00          .00
SULLIVAN URGENT AID        UNSECURED        NOT FILED           .00          .00
WELL GROUP HEALTH PARTNE   UNSECURED        NOT FILED           .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       4,248.76
DEBTOR REFUND              REFUND                                          566.13

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              76,421.13

PRIORITY                                       .00
SECURED                                  64,874.01
    INTEREST                                795.52
UNSECURED                                 3,236.71
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      4,248.76
DEBTOR REFUND                               566.13
                     ---------------    ---------------
TOTALS               76,421.13           76,421.13


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29078 ELISSA MARIE PEDRAZA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```